IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez

_____

| | |
|---|---|
| Courtroom Deputy:  Deborah Hansen | Date:  November 1, 2012 |
| Court Reporter:      Gwen Daniel | Probation: Sergio Garza |
| | Interpreter: Susana Cahill |

_____

Criminal Action No.   12-cr-00217-WJM        *Counsel:*

UNITED STATES OF AMERICA,              Beth Gibson

     Plaintiff,

v.

1. CARLOS RODRIGUEZ-LOYA              Leif Furmansky
    a/k/a Eric Jaramillo,

     Defendant.

_____

**COURTROOM MINUTES**
_____

HEARING - SENTENCING

10:32 a.m.    Court in Session

Appearances

Oath administered to the Interpreter.

Defendant is present and in custody.

Oath administered to the defendant.

Court's comments

Sentencing Statement by Ms. Gibson

1

The defense withdraws its Motion for Downward Departure (ECF No. 26)

**ORDERED:   The Defendant's Motion for Downward Departure (ECF No. 26) is
DENIED as WITHDRAWN.**

Sentencing Statement by Mr. Furmansky

**ORDERED:   The Government's Request For a Four-Level Downward Departure
From The Applicable Offense Level Under § 5K3.1 (ECF No. 27) is
GRANTED.**

Statement by Defendant's sister

Statement by Defendant's mother

Defendant's Allocution

Defendant plead guilty to the sole count of the Indictment on July 5, 2012.

**ORDERED:   Pursuant to the Sentencing Reform Act of 1984, it is the judgment of
the Court that the defendant, Carlos Rodriguez-Loya, is hereby
committed to the custody of the Bureau of Prisons to be imprisoned
for a term of twelve months and one day.**

**In serving this term of incarceration the Court recommends that the
director of the Bureau of Prisons give defendant full credit for his
time served in pretrial detention.**

**No supervised release shall be imposed.**

**The defendant is advised that if he re-enters or remains in the United
States illegally, possesses a firearm or illegally possesses a
controlled substance, he may be subject to further federal
prosecution.**

**The Court waives the mandatory drug testing provisions of
§ 3563(a)(5) because it is likely that the defendant will be removed
from this country.**

**The defendant shall cooperate in the collection of DNA as directed
by the probation officer.**

**The defendant shall pay a special assessment of $100.00, which shall be due and payable immediately.**

**The Court FINDS that the defendant does not have the ability to pay a fine, so the Court will waive the payment of any fine in this case apart from the Special Assessment**.

Defendant advised of his right to appeal his conviction, as well as the sentence imposed, except in very limited circumstances.

**ORDERED:   Defendant is REMANDED to the custody of the U.S. Marshal.**

10:56 a.m.     Court in Recess
               Hearing concluded
               Time: 24 minutes